# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. THOMPSON and JUSTINA HAISLETT, individually and as Natural Parents of CARL M. THOMPSON and JEFFREY V. THOMPSON, Minors | CIVIL ACTION NO. 3:18-cv-00304 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| AMAURY CHINEA and MESTRE TRANSPORT, INC., | |
| Defendants. | |

## ORDER

**NOW**, this  4th  day of October, 2019, **IT IS HEREBY ORDERED** that:

1. The Motion for Entry of Default (Doc. 9), construed as a Motion for Entry of Default Judgment, is **GRANTED**;

2. Judgment is hereby entered in favor of the Plaintiffs Jeffrey M. Thompson and Justina Haislett, individually and as Natural Parents of Carl M. Thompson and Jeffrey V. Thompson, minors, against Defendants Amaury Chinea and Mestre Transport, Inc., by default in the total amount of $533,227.64, which consists of:

    a. Damages for Jeffrey M. Thompson for outstanding medical costs ($3,584.60), lost wages ($12,300), other costs ($9,000), and pain and suffering ($100,000) totaling $124,884.60;

    b. Damages for Justina Haislett for pain and suffering totaling $100,000.00;

      c.      Damages for Carl M. Thompson for outstanding medical costs ($80,639.12) and pain and suffering ($175,000) totaling $255,639.12;

      d.      Damages for Jeffrey V. Thompson for outstanding medical costs ($2,703.92) and pain and suffering ($50,000) totaling $52,703.92.

3.    The Clerk of Court is directed to mark this case as **CLOSED.**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge